UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MERCHSOURCE, LLC, | Case No. SACV 13-1577 AG (JPRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAKAR INTERNATIONAL, INC. | |
| Defendant. | |

Judgment in this case is entered in favor of MerchSource, LLC and against Sakar International, Inc. in the amount of $11,500.

Dated May 31, 2016

                                              Hon. Andrew J. Guilford
                                              United States District Judge